Kathryn P. Salyer, OSB #88301
KSalyer@farleighwitt.com
Farleigh Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Defendants Citibank USA NA and Sears, Roebuck and Co.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| BEVERLY HILBURN, | Case No. 06-06096-HO |
| Plaintiff, | **MOTION OF DEFENDANTS CITIBANK (SOUTH DAKOTA), N.A. AND SEARS ROEBUCK AND CO. TO COMPEL ARBITRATION AND STAY ACTION** |
| v. | |
| UNITED COLLECTION BUREAU, INC.; LVNV FUNDING, LLC; ENCORE RECEIVABLE MANAGEMENT, INC; ALEGIS GROUP, LP; CITIBANK USA NA; SEARS, ROEBUCK AND CO., | **(ORAL ARGUMENT REQUESTED)** |
| Defendant. | |

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned attorney hereby certifies that the parties have

made a good faith effort by telephone to resolve the dispute presented by the instant Motion, and

have been unable to do so.

## MOTION

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq., defendants

Citibank (South Dakota), N.A., successor-in-interest to Citibank USA, National Association

("Citibank"), and Sears Roebuck and Co. ("Sears"), hereby move this Court for the entry of an

Order compelling Plaintiff Beverly Hilburn ("Plaintiff") to arbitrate her claims against Citibank

Page 1 - **MOTION OF DEFENDANTS CITIBANK (SOUTH DAKOTA),
N.A. AND SEARS ROEBUCK AND CO. TO COMPEL
ARBITRATION AND STAY ACTION**

and Sears pursuant to the arbitration agreement (the "Arbitration Agreement") contained in the credit card agreement ("Card Agreement") governing Plaintiff's credit card account that is the subject of Plaintiff's Complaint in this action.  In addition, Citibank and Sears seek to stay this entire action pending a ruling on this Motion and the completion of arbitration proceedings.

DATED this 2nd day of May, 2007.

FARLEIGH WITT


By: /s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #88301
    (503) 228-6044
    KSalyer@farleighwitt.com
    Attorneys for Defendants Citibank USA
    NA and Sears, Roebuck and Co.

Page  2 -    **MOTION OF DEFENDANTS CITIBANK (SOUTH DAKOTA),
N.A. AND SEARS ROEBUCK AND CO. TO COMPEL
ARBITRATION AND STAY ACTION**

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007 I served the foregoing **MOTION OF DEFENDANTS CITIBANK (SOUTH DAKOTA), N.A. AND SEARS ROEBUCK AND CO. TO COMPEL ARBITRATION AND STAY ACTION** on the following individual via the U.S. District Court's CM/ECF Electronic Filing System.   In addition, a true copy of this document was mailed via First Class Mail and deposited in the U.S. Post Office addressed to:

> Clerk of the Court
> U.S. District Court of Oregon
> 100 Federal Building, U.S. Courthouse
> 211 East Seventh Avenue
> Eugene, OR 97401

I further certify that a copy thereof was served on the following parties *via electronic notification, e-mail, facsimile, or by depositing a true copy thereof, contained in a sealed envelope, with first-class postage prepaid*, addressed to said parties at the last known address shown below and in the U.S. mail at Portland, Oregon:

Keith D. Karnes
Douglas R. Ricks
Olsen, Olsen & Daines
PO Box 12829
Salem, OR  97309-0829
kkarnes@olsendaines.com
dricks@olsendaines.com
> Attorneys for Plaintiff Beverly Hilburn

Michael J. Farrell
Martin Bischoff Templeton Langslet & Hoffman
888 SW Fifth Ave., Suite 900
Portland, OR 97204
mfarrell@martinbischoff.com
> Attorneys for Defendants LVNV Funding LLC and Alegis Group, LP

Heather M. Walloch
Philip Scott McCleery
Doyle Gartland Nelson McCleery & Wade, PC
44 Club Road, Suite 200
Eugene, OR 97440-3430
hwalloch@dgnmw.com
psmccleery@dgnmw.com
> Attorneys for Defendant Encore Receivable Management, Inc.

Justin M. Baxter
Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Justin@baxterlaw.com

> Attorneys for Plaintiff Hilburn

FARLEIGH WITT


By:/s/ Kathryn P. Salyer
_____
     Kathryn P. Salyer, OSB #88301
     KSalyer@farleighwitt.com
         Attorneys for Citibank USA, National
     Association and Sears Roebuck & Co.
     Telephone: 503-228-6044

Page  2 -   CERTIFICATE OF SERVICE