FILED'08 OCT 24 16:36USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BEVERLY HILBURN,

           Plaintiff,

v.

UNITED COLLECTION BUREAU INC., et al,

           Defendants.

Civil No. 06-6096-HO

## JUDGMENT

This action is dismissed with prejudice.

Dated: October 24, 2008.

SHERYL McCONNELL, Clerk

By *Lea Force*

Lea Force, Deputy

JUDGMENT                               DOCUMENT NO: _____